**Charles A. GATES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74307.**

Missouri Court of Appeals,
Western District.

Sept. 25, 2012.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Oct.
25, 2012.

Application for Transfer Denied
Dec. 18, 2012.

Damien S. Bhakti De Loyola, for Appellant.

Jessica P. Meredith, for Respondent.

Before DIV III: VICTOR C.
HOWARD, Presiding Judge, KAREN
KING MITCHELL, Judge and
CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM:

Charles Gates appeals the judgment of
the motion court denying his Rule 24.035
motion for postconviction relief without an
evidentiary hearing. In his sole point on
appeal, Gates claims that his guilty plea
was not knowing, voluntary, and intelligent
because plea counsel coerced Gates to
plead guilty by (1) failing to investigate
and prepare his defense, and (2) failing to
provide Gates with a copy of his discovery
and depositions so he could aid in preparing his defense. Gates argues that he was
entitled to an evidentiary hearing because
he claims he alleged facts warranting re-

lief, the facts alleged raised matters not
refuted by the record, and the matters
complained of resulted in prejudice to him.
Because a published opinion would have no
precedential value, a memorandum has
been provided to the parties. The judgment is affirmed. Rule 84.16(b).